# Exhibit A

**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| In re: TRANS UNION, LLC BALANCE AFTER DISCHARGE LITIGATION | MDL-__ |
|---|---|

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>Kirstie Moore<br><br>**Defendants:**<br>Trans Union; Comenity Bank; Capital One Bank (USA), N.A. (terminated 9/7/2022); and Mountain America Credit Union (terminated 9/7/2022) | United States District Court for the District of Utah | 1:22-cv-00078 | The Honorable Bruce S. Jenkins |
| 2. | **Plaintiff:**<br>Jason K. Loughton<br><br>**Defendant:**<br>Trans Union LLC | United States District Court for the District of Nevada | 2:22-cv-01076 | The Honorable Anne R. Traum |
| 3. | **Plaintiffs:**<br>Erika Anderson; Richard Bagnate; Kamaliha Brewster; Craig Peters; Eduardo Wade; Lara Williams; and John Pipes (terminated 10/27/2022)<br><br>**Defendant:**<br>Trans Union, LLC | United States District Court for the District of Nevada | 2:22-cv-01214 | The Honorable Gloria M. Navarro |
| 4. | **Plaintiff:**<br>Nataline Scallion<br><br>**Defendant:** | United States District Court for the District of Nevada | 2:22-cv-01382 | The Honorable Andrew P. Gordon |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Trans Union, LLC; and Wells Fargo Bank, N.A. (terminated 10/25/2022) | | | |
| 5. | **Plaintiff:** Alicia M. Genna<br><br>**Defendants:** Equifax Information Services, LLC; Trans Union, LLC; Columbia Debt Recovery LLC d/b/a Genesis Credit LLC (terminated 11/3/2022); Capital One Bank; TD Bank USA; and Kohls Inc (terminated 10/26/2022) | United States District Court for the District of Nevada | 2:22-cv-01429 | The Honorable Jennifer A. Dorsey |
| 6. | **Plaintiff:** Jessica Gray<br><br>**Defendant:** Trans Union, LLC | United States District Court for the Southern District of California | 3:22-cv-01330 | The Honorable Anthony J. Battaglia |
| 7. | **Plaintiff:** Natalie Hansen<br><br>**Defendants:** Trans Union; Capital One Bank (USA); and KIN d/b/a Kohls and Kohls Department Stores (terminated 11/2/2022) | United States District Court for the District of Utah | 1:22-cv-00124 | The Honorable Jared C. Bennett |
| 8. | **Plaintiff:** Kuuleialohaonalani Elizabeth Salzer<br><br>**Defendant:** Trans Union LLC | United States District Court for the District of Hawaii | 1:22-cv-00420 | The Honorable Derrick K. Watson |
| 9. | **Plaintiff:** Cynthia Wheeler<br><br>**Defendants:** Trans Union, LLC; Experian Information | United States District Court for the District of Nevada | 2:22-cv-01660 | The Honorable Gloria M. Navarro |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Solutions, Inc.; Equifax Information Services, LLC; America First Credit Union; Capital One Bank (USA) N.A.; and Kohl's Inc. | | | |
| 10. | **Plaintiff:**<br>Francis Wooters<br><br>**Defendants:**<br>Experian Information Solutions, Inc.; Trans Union, LLC; Innovis Data Solutions, Inc.; Bank Of America, N.A.; Marlette Funding, LLC d/b/a Best Egg (terminated 11/3/2022); Capital One Bank (USA) N.A.; First National Bank of Omaha; JPMorgan Chase Bank, N.A.; HSBC Bank USA, N.A. (terminated 10/25/2022); and Synchrony Financial d/b/a SYNCB/Car Care Pep Boys (terminated 11/2/2022) | United States District Court for the District of Nevada | 2:22-cv-01691 | The Honorable Cristina D. Silva |

Dated: November 10, 2022

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Samantha L. Southall*

Samantha L. Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-8700
samantha.southall@bipc.com

*Counsel for Trans Union, LLC*