**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: TRANS UNION, LLC BALANCE AFTER DISCHARGE LITIGATION** | **MDL-___** |

## PROOF OF SERVICE

Pursuant to JPML Rule 4.1(a), I certify that the foregoing documents were served via e-mail and regular US mail on the following:

Ryan L. McBride
David J. McGlothlin
KAZEROUNI LAW GROUP APC
301 E Bethany Home Rd STE C-195
Phoenix, AZ 85012
ryan@kazlg.com
david@kazlg.com
*Counsel for Plaintiffs Kirstie Moore and Natalie Hansen*

Theron D. Morrison
MORRISON LAW GROUP
290 25th St STE 102
Ogden, UT 84401
(801) 392-9324
therondmorrison@gmail.com
*Counsel for Plaintiffs Kirstie Moore and Natalie Hansen*

George W. Burbidge , II
W. Kevin Tanner
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
Salt Lake City, UT 84111
george.burbidge@chrisjen.com
kevin.tanner@chrisjen.com
*Counsel for Defendant Trans Union in Moore v. Trans Union et al., No. 1:22-cv-00078 (D. Utah) and Hansen v. Trans Union et al., Case*

Gregory M. Constantino
8537 S Redwood Rd STE D
West Jordan, UT 84084
(801) 748-4747
greg@constantinolaw.com
*Counsel for Defendant Comenity Bank*

Steven A Alpert
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd.
Suite 3014
Las Vegas, NV 89118
alpert@pricelawgroup.com
*Counsel for Plaintiff Jason Loughton*

Rachael Swernofsky
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway
Suite 800
Plano, TX 75024
(214) 560-5443
rswernofsky@qslwm.com
*Counsel for Defendant Trans Union LLC in Loughton v. Trans Union, LLC, No. 2:22-cv-01076 (D. Nev.); Anderson v. Trans Union, LLC, No. 2:22-cv-01214 (D. Nev.); Scallion v. Trans Union, LLC et al., No. 2:22-cv-01382 (D. Nev.); Genna v. Equifax Information Services, LLC et al.,*

*No. 1:22-cv-00124 (D. Utah)*

Shawn Wayne Miller
David H. Krieger
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, NV 89148
smiller@kriegerlawgroup.com
dkrieger@kriegerlawgroup.com
*Counsel for Plaintiffs Erika Anderson,
Richard Bagnate, Kamaliha Brewster, Craig
Peters, Eduardo Wade, Lara Williams, and
Alicia Genna*

Michael Kind
KIND LAW
8860 S. Maryland Parkway
Suite 106
Las Vegas, NV 89123
mk@kindlaw.com
*Counsel for Plaintiffs Nataline Scallion,
Cynthia Wheeler, and Francis Wooters*

Kurt R. Bonds
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Counsel for Defendant Trans Union, LLC in
Genna v. Equifax Information Services, LLC
et al., No. 2:22-cv-01429 (D. Nev.)*

*No. 2:22-cv-01429 (D. Nev);*

George Haines
Gerardo Avalos
FREEDOM LAW FIRM
8985 S. Eastern Avenue
Suite 350
Las Vegas, NV 89123
Ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*Counsel for Plaintiffs Nataline Scallion,
Cynthia Wheeler, and Francis Wooters*

Gia Marina
CLARK HILL
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
gmarina@clarkhill.com
*Counsel for Defendant Equifax Information
Services, LLC in Genna v. Equifax
Information Services, LLC et al., No. 2:22-cv-
01429 (D. Nev.) and Wheeler v. Trans Union
LLC et al., No. 2:22-cv-01660 (D. Nev.)*

Michael R Esposito
KRAVITZ, SCHNITZER & JOHNSON,
CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
mesposito@ksjattorneys.com
*Counsel for Defendant Kohls Inc in Genna v.
Equifax Information Services, LLC et al., No.
2:22-cv-01429 (D. Nev.) and Wheeler v.
Trans Union LLC et al., No. 2:22-cv-01660
(D. Nev.)*

Loren S Young
LINCOLN, GUSTAFSON & CERCOS
3960 Howard Hughes PKwy
Suite 200
Las Vegas, NV 89169
lyoung@lgclawoffice.com
*Counsel for Defendant TD Bank USA in
Genna v. Equifax Information Services, LLC
et al., No. 2:22-cv-01429 (D. Nev.)*

Brian Melendez
BARNES & THORNBURG LLP
225 South Sixth Street
Suite 2800
Minneapolis, MN 55402
brian.melendez@btlaw.com
*Counsel for Defendant TD Bank USA in
Genna v. Equifax Information Services, LLC
et al., No. 2:22-cv-01429 (D. Nev.)*

Daniel G. Shay
LAW OFFICE OF DANIEL G. SHAY
2221 Camino Del Rio South
Suite 308
San Diego, CA 92108
DanielShay@TCPAFDCPA.com
*Counsel for Plaintiff Jessica Gray and the
Putative Class*

Joshua Brandon Swigart
Spencer L. Pfeiff
SWIGART LAW GROUP, APC
2221 Camino Del Rio South
Suite 308
San Diego, CA 92108
josh@swigartlawgroup.com
spencer@swigartlawgroup.com
*Counsel for Plaintiff Jessica Gray and the
Putative Class*

Brittany Maraya Hernandez
REED SMITH LLP
355 South Grand, Suite 2900
Los Angeles, CA 90071
bmhernandez@reedsmith.com
*Counsel for Defendant Trans Union, LLC in
Gray v. Trans Union, LLC, No. 3:22-cv-
01330 (S.D. Cal.)*

Brian Young
15000 Capital One Drive
Richmond, VA 23238
Brian.young2@capitalone.com
*Counsel for Defendant Capital One in
Hansen v. Trans Union et al., No. 1:22-cv-
00124 (D. Utah)*

Natalie Nola Peled
BUCHANAN, INGERSOLL & ROONEY
600 W. Broadway
Suite 1100
San Diego, CA 92101
natalie.peled@bipc.com

Blake Goodman
LAW OFFICES OF BLAKE GOODMAN
900 Fort St Mall Ste 910
Honolulu, HI 96813
blake@debtfreehawaii.com
*Counsel for Plaintiff Kuuleialohaonalani
Elizabeth Salzer*

*Counsel for Defendant Trans Union, LLC in
Gray v. Trans Union, LLC, No. 3:22-cv-01330
(S.D. Cal.)*

Warren F. Cangany
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
wcangany@schuckitlaw.com
*Counsel for Defendant Trans Union LLC in
Salzer v. Trans Union LLC, No. 1:22-cv-
00420 (D. Haw.)*

Nicholas R. Monlux
KOBAYASHI SUGITA & GODA
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889
nrm@ksglaw.com
*Counsel for Defendant Trans Union LLC in
Salzer v. Trans Union LLC, No. 1:22-cv-
00420 (D. Haw.)*

Marisa A Pocci
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway
Ste 100
Las Vegas, NV 89109
pocci@litchfieldcavo.com
*Counsel for Defendant America First Credit
Union in Wheeler v. Trans Union LLC et al.,
No. 2:22-cv-01660 (D. Nev.)*

Karyna Armstrong
MCDONALD CARANO
7775 Mustang Street
Las Vegas, NV 89131
karmstrong@mcdonaldcarano.com
*Counsel for Defendant Capital One Bank
(USA) N.A. in Wheeler v. Trans Union LLC et
al., No. 2:22-cv-01660 (D. Nev.) and Wooters
v. Experian Information Solutions, Inc. et al.,
No. 2:22-cv-01691 (D. Nev.)*

Andrew M. Lehmann
TRANS UNION, LLC
555 W. Adams St.
Chicago, IL 60661
andrew.lehmann@transunion.com
*Counsel for Trans Union, LLC in Wheeler v.
Trans Union LLC et al., No. 2:22-cv-01660
(D. Nev.)*

Marta D Kurshumova
Nicole E. Lovelock
Sue Trazig Cavaco
JONES LOVELOCK
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119
702-805-8450
Fax: 702-805-8451
mkurshumova@joneslovelock.com
nlovelock@joneslovelock.com
scavaco@joneslovelock.com
*Counsel for Defendant First National Bank of
Omaha in Wooters v. Experian Information
Solutions, Inc. et al., No. 2:22-cv-01691 (D.
Nev.)*

Jory C. Garabedian
WRIGHT FINLAY & ZAK, LLP
7785 W. Sahara Ave
Suite 200
Las Vegas, NV 89117
jgarabedian@wrightlegal.net
*Counsel for Defendant Bank of America, N.A.
in Wooters v. Experian Information Solutions,
Inc. et al., No. 2:22-cv-01691 (D. Nev.)*

Andrew Clark
BALLARD SPAHR
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
clarkas@ballardspahr.com
*Counsel for Defendant JPMorgan Chase Bank, N.A. in Wooters v. Experian Information Solutions, Inc. et al.*, No. 2:22-cv-01691 (D. Nev.)

Justin T. Walton, Esq.
TRANS UNION, LLC
555 W. Adams St.
Chicago, IL 60661
Justin.walton@transunion.com
*Counsel for Defendant Trans Union, LLC in in Wooters v. Experian Information Solutions, Inc. et al.*, No. 2:22-cv-01691 (D. Nev.)

The following Parties were not served because they were terminated as of November 10, 2022:

1. Capital One Bank (USA), N.A., Defendant in *Moore v. Trans Union et al.*, No. 1:22-cv-00078 (D. Utah), terminated 9/7/2022;

2. Mountain America Credit Union, Defendant in *Moore v. Trans Union et al.*, No. 1:22-cv-00078 (D. Utah), terminated 9/7/2022;

3. John Pipes, Plaintiff in *Anderson v. Trans Union, LLC,* No, 2:22-cv-01214 (D. Nev.), terminated 10/27/2022;

4. Wells Fargo Bank, N.A., Defendant in *Scallion v. Trans Union, LLC*, No. 2:22-cv-01382 (D. Nev.), terminated 10/25/2022;

5. Columbia Debt Recovery LLC d/b/a Genesis Credit, LLC, Defendant in *Genna v. Equifax Information Services, LLC et al.*, No. 2:22-cv-01429 (D. Nev.), terminated 11/3/2022;

6. Kohls Inc, Defendant in *Genna v. Equifax Information Services, LLC et al.*, No. 2:22-cv-01429 (D. Nev.), terminated 10/26/2022; Defendant in *Hansen v. Trans Union et al.*, No. 1:22-cv-00124 (D. Utah), terminated 11/2/2022;

7. Marlette Funding LLC*,* Defendant in *Wooters v. Experian Information Solutions, Inc. et al.*, No. 2:22-cv-01691 (D. Nev), terminated 11/3/2022;

8. HSBC Bank USA, N.A., Defendant in *Wooters v. Experian Information Solutions, Inc. et al.*, No. 2:22-cv-01691 (D. Nev), terminated 10/25/2022;

9. Synchrony Financial d/b/a SYNCB/Car Care Pep Boys, Defendant in *Wooters v. Experian Information Solutions, Inc. et al.*, No. 2:22-cv-01691 (D. Nev), terminated 11/2/2022.

Dated: November 10, 2022

*/s/ Samantha Southall*
Samantha Southall

I certify that the foregoing documents were served on the following via First Class Mail:

Clerk of Court
United States District Court
District of Utah – Northern Division
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
**Via First Class Mail Only**

Clerk of Court
United States District Court
District of Nevada – Las Vegas Division
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101
**Via First Class Mail Only**

Clerk of Court
United States District Court for the Southern
District of California
James M. Carter & Judith N. Keep
Courthouse
333 West Broadway, Suite 420
San Diego, CA 92101
**Via First Class Mail Only**

Clerk of Court
United States District Court
District of Hawaii
Price Kuhio Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850
**Via First Class Mail Only**

Dated: November 10, 2022

*/s/ Samantha L. Southall*
Samantha L. Southall